**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Robert J Johnson, individually and on behalf of all others similarly situated, <br><br> Plaintiff(s), <br><br> -against- <br><br> Cawley & Bergmann, LLC and JHPDE Finance 1, LLC, <br><br> Defendant(s). | Docket No: 1:20-cv-00380-DLI-VMS <br><br> **MOTION TO WITHDRAW DAVID M. BARSHAY, ESQ. AS COUNSEL TO PLAINTIFF** |

I, DAVID M. BARSHAY, respectfully request that the Court enter an Order granting my withdrawal as counsel for Plaintiff in this matter and further removing me as counsel of record from the docket, effective immediately. As grounds for this motion, I state:

1. As of December 1, 2020, I am leaving Barshay Sanders, PLLC.

2. Attorney Craig B. Sanders will remain as counsel of record for Plaintiff.

3. My withdrawal will not affect the posture of the case, including its position, if any, on the calendar.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on: December 2, 2020

By: s/ *David M. Barshay*
David M. Barshay, Esq.
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600

1