UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ROBERT J. JOHNSON, individually and on
behalf of all others similarly situated,

                Plaintiff,

  v.                                                     JUDGMENT
                                                         20-cv-00380 (DLI) (VMS)

CAWLEY & BERGMANN, LLC and
JHPDE FINANCE I, LLC.

                Defendants.
---------------------------------------------------------------X

       A Memorandum and Order of the Honorable Dora L. Irizarry, United States District Judge, having been filed on March 31, 2021, granting Defendants' motion for judgment on the pleadings; it is

       ORDERED and ADJUDGED that Defendants' motion for judgment on the pleadings is granted; and that this action is dismissed in its entirety, with prejudice.

Dated: Brooklyn, New York                                Douglas C. Palmer
       March 31, 2021                                         Clerk of Court

                                                   By:    */s/Jalitza Poveda*
                                                               Deputy Clerk